**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

COREY PERKINS                                                                                         PETITIONER
ADC #112808

v.                                    Case No. 4:20-cv-01222-BRW-JTK

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                            RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 22nd day of February, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE