# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

COREY PERKINS                                                                                    PETITIONER
ADC #112808

v.                              Case No. 4:20-cv-01222-BRW-JTK

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of February, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE